# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ANQUAN DEWAYNE WALTERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2148

_____

January 26, 2024

Appeal from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Howard L. Dimmig, II, Public Defender, and Benedict P. Kuehne, Special Assistant Public Defender, Bartow, for Appellant.

Susan Dmitrovsky of Kuehne Davis Law, P.A., Miami, of counsel, for Appellant.

Ashley Moody, Attorney General, Tallahassee; Katherine Coombs Cline, Senior Assistant Attorney General, Tampa; and Blain A. Goff, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, KHOUZAM, and BLACK, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.